In The United States District Court
for
The Middle District of Alabama

RECEIVED
2005 JUL 22 A 9:29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

Ronji Vason )
Plaintiff ) Civil Action # 2:05CV676T
)
v )
)
)
)
Defendants )

## Complaint

Comes now before this court Plaintiff Ronji Vason appearing pro se and files this complaint as is described on the statement labeled attatchment one and prays that this court award to him appropriate relief.

Submitted to this Court on July 17, 2005

Ronji Vason
Ronji Vason
(Defendant)

Warden Collins, officer Marshall, officer Hunter, officer Knight, and supervisor Ms Crawford.

SCANNED

The Defendant denied the Plaintiff due process of a Twenty-Four Hour Notice of a Hearing and the defendants denied the plaintiff due process of a Seventy-Two Hour hearing, thereby, the defendants deprived the plaintiff of privileges afforded the General population, such a Television, Commissary, Enrichment programs, Religious services, thereby, afforden due process were Not met by the Defendants subjected the plaintiff to violations of us First, Fourth, Fifth, Sixth, Eighth, Fourteenth amendment rights to the United States Constitution,

This is a Claim to a Ninteen Eighty-three Lawsuit

## "Damage"

For Collectal damages, the plaintiff seek a Hundred an Seventy-Seven U.S. Dollars, per day, spend in a Condition of Cruel an Unusal Punishment

7-17-05

Attachment One

On Side Date Above: 7-7-05 July 7, 2005. I Ronji Vason I/m are being housed in Montgomery City Jail. Locations C-2 with inmates Federal and County Jail Inmates. I Ronji Vason stayed in the cell with (4) four other inmates. At said time 10:30 to :00 AM. A call came on the intercom, that one inmate was going to be moved exchanged for another. Which, the other inmate was not welcome because of him "Troublesome". So I Ronji Vason, had words with another inmate who slepted in the cell. Which no verbal action was exchanged between the two. Officer Marshal was in the booth that informed the three cells C-2, C-3, C-4. Mar officer Marshal odered that inmates lock down. Inmates that was in my cell was located in another cell during the lock down

I Ronji Vason sat up on my top bunk waiting to see the officers response. As the offers walked in. Officer Marshal who had the tazer gun in his left hand. Along with officer Hunter, officer Franlin, and superviser is Crawford, As I was setting on my bed. All above, officer along with warden Collins. As they come in the cell door Warden Collin, ordered hard core take him down, Shoot him, drop him. As I stayed to all officer let me Ronji Vason, let my pictures off the wall. Warden Collin, stayed no get down. As I lured myself down off the top bed I was rushed by all officers. Mr Marshal, who had the tazer gun shot me in my back of my left side with the tazer gun.

Page 1 of 2

ATTATCHMENT ONE
(continued)

The TAZER GUN shocked me real bad. I fell to the floor and was restrained by all officer. I was placed in 5 cell with no medical attention. I was later saw by Nurse Davis, but the only reason I was seen by her was that I forced myself out of the cell once the other inmate was going to Diabetic call. I Ronji Vason, stayed to Ms Davis that my left side and back are hurting. She only looked and said okay and lefted out the cell 5 block.

I was not given a disciplinary nor did I go to disciplinary court for this action. I done nothing wrong for this type of punishment. I am still suffering from the pain in my back and the wounds on my side. I am scared of these officers. I want and need action taken.

Page 2 of 2

Ronji Vason
P.O. Box 159
Monty AL 36101