IN the UNITED STATES DISTRICT COURT FOR
the Middle District of Alabama

Ronji Vason,
  Plaintiff,
-versus-
W.R. Collins, et. al
  Defendants.

Civil action no #: 2:05CV676-T

"Motion For Appointment of Counsel"

The plaintiff come now with this motion for appointment of Counsel, pursuant to U.S.C.S. § 3006-(a),(b,)(c,)(f.) of the Federal Criminal Section, to wit;

(1) The defendants denied the plaintiff due process of a Twenty-Four hour notice of hearing and the defendants denied the plaintiff due process of a Seventy-two hour hearing, in a disciplinary procedure, subjecting the plaintiff to violations of his First, Fourth, Fifth, Sixth, Eighth, Fourteenth amendment rights to the Constitution of the United States, which Constituted Cruel an unusual punishment, which are Contrary to the United States Constitution.

3.Wherefore, the plaintiff prays that the Court grant the motion for appointment of Counsel, for good Cause shown,

"Defendant"