In the United States District Court
for the Middle District of Alabama

Kenji Eason
Plaintiff

-versus-

W. R. Collins, etc, al,
Defendants

Civil action no.: 2:05CV676-T

"Motion to Discovery"

The Plaintiff comes now with this Motion to Discovery, pursuant to Rule 52 of the Federal Rules of Civil Procedure, to wit;

(1) The plaintiff are seeking "Documents" pertaining to the Twenty-four hour notice of a hearing and seventy-two hour hearing, documents pertaining to the "Link of time" he spend in a "Disciplinary Cell", to determine the damage cause to him.

Wherefore, the plaintiff prays that the Court grant the motion to Discovery, for good cause shown,

"Defendant"