IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONJI VASON, *

    Plaintiff, *

v. * CIVIL ACTION NO. 2:05-CV-676-T

WARDEN COLLINS, *et al.*, *

    Defendants. *

**O R D E R**

Plaintiff filed this 42 U.S.C. § 1983 action on July 22, 2005. He has not submitted the $250.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the Court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before August 11, 2005, 2005 Plaintiff submit either the $250.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Ventress Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

1

recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done this 28th day of July, 2005.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE