IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Ronji Vason,               )
_____            )
_____            )
_____            )
         Plaintiff(s)      )
                           )
         v.                )
Warden Collins, et al.,    )
Officer C.O. Marshall      )
_____            )
_____            )
         Defendant(s)      )

RECEIVED
2005 AUG 25  A 9:40

05-676

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Ronji Vason_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____Ronji Vason_____
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _Ronni Vason_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?  YES ( )  NO (✓)

    B. Rent payments, interest, or dividends?  YES ( )  NO (✓)

    C. Pensions, annuities, or life insurance payments?  YES ( )  NO (✓)

    D. Gifts or inheritances?  YES ( )  NO (✓)

    E. Any other sources?  YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?  YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____
Plaintiff

STATE OF ALABAMA
COUNTY OF __Montgomery__

Subscribed and sworn to before me on this __23rd__ day of __August__, ~~199__~~ 2005, at __Montgomery__, Alabama.

_____
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires __03-17-09__.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/23/05__.

_____
Plaintiff