IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONJI VASON | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-676-T |
| WARDEN COLLINS, *et al.*, | * |
| Defendants. | * |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Discovery (Doc. No. 3) and for good cause, it is

ORDERED that the motion is DENIED at this time.

Done this 31st day of August, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE