IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| RONJI VASON | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-676-T |
| WARDEN COLLINS, *et al.*, | * |
| Defendants. | * |

_____

**O R D E R**

For good cause, it is

ORDERED that the court's August 17, 2005 Recommendation (Doc. No. 5) be and is hereby WITHDRAWN.

Done this 31st day of August, 2005.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE