IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RONJI VASON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-CV-676-T |
| | ) | |
| **WARDEN COLLINS, et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW,** Kimberly Fehl, Attorney for the City of Montgomery, and gives notice to this Honorable Court that she is filing her appearance on behalf of the Defendants in the above-styled action.

Respectfully submitted this the 6th day of October, 2005.

/s/ Kimberly O. Fehl

Kimberly O. Fehl (FEH001)
Assistant City Attorney

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
P.O. Box 1111
Montgomery, AL  36101-1111
Telephone:  (334) 241-2050
Facsimile:  (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Appearance, by causing it to be placed in the U.S. Mail, postage prepaid, on this the 6th day of October, 2005, properly addressed to all as follows:

Ronji Vason
P.O. Box 159
Montgomery, AL  36101

/s/ Kimberly O. Fehl

OF COUNSEL