IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONJI VASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv676-T |
| ) | (WO) |
| WARDEN COLLINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On September 30, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 14).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

Done this the 26th  day of October 2005.

　　　　　　　　　　　　　　　　　　　 s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　MYRON H. THOMPSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE